774

| | | | |
|---|---|---|---|
| Com. v. Bair ....... | 10/26/2015258 WAL (2015) | Denied | Pa.Super., 120 A.3d 1054 |
| Com. v. Baker...... | 10/27/2015429 MAL (2015) | Denied | Pa.Super., 122 A.3d 435 |
| Com. v. Bennett .... | 11/16/2015243 WAL (2015) | Denied | Pa.Super., 122 A.3d 454 |
| Com. v. Berrios .... | 10/27/2015391 MAL (2015) | Denied | Pa.Super., 121 A.3d 1137 |
| Com. v. Bizzel...... | 12/01/2015639 EAL (2014) | Denied | Pa.Super., 107 A.3d 102 |
| Com. v. Boyd ...... | 11/16/2015346 WAL (2015) | Denied | Pa.Super., 125 A.3d 469 |
| Com. v. Bright ..... | 11/17/2015374 EAL (2015) | Denied | Pa.Super., 122 A.3d 450 |
| Com. v. Brodbeck; Com. v. Leahy .... | 11/16/2015502–504 MAL (2015) | Denied | Pa.Super., 122 A.3d 1125 |
| Com. v. Brown ..... | 11/02/2015213 EAL (2015) | Denied | Pa.Super., 120 A.3d 1058 |
| Com. v. Burton..... | 11/17/2015439 MAL (2015) | Denied | Pa.Super., 122 A.3d 439 |
| Com. v. Calderon ... | 10/27/2015358 EAL (2015) | Denied | Pa.Super., 122 A.3d 446 |
| Com. v. Caldwell ... | 11/16/2015408 EAL (2015) | Denied | Pa.Super., 117 A.3d 763 |
| Com. v. Campbell .. | 10/27/2015206 WAL (2015) | Denied | Pa.Super., 121 A.3d 1142 |
| Com. v. Costello .... | 10/27/2015297 MAL (2015) | Denied | Pa.Super., 118 A.3d 442 |